■ In the Matter of Louis M. Fribourg, Appellant, v New York City Civil Service Commission et al., Respondents. — Judgment, Supreme Court, New York County (Gomez, J.), entered on October 5, 1981, unanimously affirmed for the reasons stated by Gomez, J., at Special Term, without costs and without disbursements. Concur — Sullivan, J. P., Ross, Carro, Lupiano and Milonas, JJ.

■ The People of the State of New York, Respondent, v Norman Forsyth, Appellant. — Judgment, Supreme Court, New York County (Kleiman, J.), rendered on October 7, 1980, unanimously affirmed. The stay of execution of sentence is vacated. No opinion. Concur — Sandler, J. P., Ross, Markewich, Silverman and Milonas, JJ.

■ In the Matter of Medical Malpractice Insurance Association, Respondent, v Albert B. Lewis, as Superintendent of Insurance of the State of New York, Appellant. — Order and judgment (one paper), Supreme Court, New York County (Price, J.), entered on January 15, 1982, unanimously affirmed, without costs and without disbursements, and the time within which to comply with the hearing extended for a period of 30 days from the date of this court's order, with notice of entry. No opinion. Concur — Sandler, J. P., Ross, Markewich, Silverman and Milonas, JJ.

■ In the Matter of Kenneth Linn, an Attorney. — Motion granted and respondent suspended from practice as an attorney and counselor at law in the State of New York as of the date of this court's order and until such time as the matters contained in the moving papers are concluded and until the further order of this court, and respondent directed to turn over his medical records, all as indicated in the order of this court. Concur — Murphy, P. J., Markewich, Silverman, Fein and Asch, JJ.

■ In the Matter of Grosvenor Anschell, for Reinstatement. — Motions granted and petitioner reinstated as an attorney and counselor at law in the State of New York. Concur — Kupferman, J. P., Birns, Sandler, Sullivan and Markewich, JJ.